EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 80 |
| Antonio J. Géigel Ginorio | 174 DPR _____ |

Número del Caso: TS-2335

Fecha: 13 de mayo de 2008

Abogado de la Parte Querellada:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcda. Celina Romaní Siaca
Directora Ejecutiva

Materia: Suspensión por Falta de Pago de Fianza Notarial

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Antonio J. Géigel Ginorio     TS-2335     Falta de pago
                                           de Fianza Notarial

PER CURIAM

San Juan, Puerto Rico, a 13 de mayo de 2008.

El licenciado Antonio J. Géigel Ginorio fue admitido al ejercicio de la profesión de abogado el 9 de abril de 1964 y el 20 de mayo de 1964 fue admitido a ejercer como notario.

I

El 2 de noviembre de 2007 el Secretario Ejecutivo del Fondo de Fianza Notarial del Colegio de Abogados presentó una Moción en la que informó que el licenciado Géigel Ginorio tenía al descubierto el pago de la fianza notarial desde abril de 2007. En consecuencia, el Colegio de Abogados solicitó la terminación de dicha fianza prestada por el Lcdo. Géigel el 21 de abril de 1964.

En vista de ello, mediante Resolución del 28 de noviembre de 2007, concedimos al abogado de epígrafe un término de veinte (20) días para mostrar causa por la cual no debía ser suspendido del ejercicio de la notaría. En la Resolución, se le apercibió que su incumplimiento con las órdenes de este Tribunal conllevaría la suspensión al ejercicio de la notaría y podría dar lugar a sanciones disciplinarias adicionales.

Transcurrido el término de veinte (20) días sin recibir la comparecencia del Lcdo. Géigel se le concedió, mediante Resolución de 8 de febrero de 2008, un término final de diez (10) días para cumplir con la orden señalada bajo apercibimiento de la suspensión al ejercicio de la abogacía. Fue notificado personalmente por Alguacil. Así las cosas, el término concedido expiró y el abogado no ha comparecido ante el Tribunal, ni ha satisfecho su deuda. En vista de lo anterior, procedemos a resolver este asunto sin ulterior trámite.

II

El requisito de fianza notarial surge del Art. 7 de la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2011. Este artículo dispone que para poder ejercer la profesión notarial en Puerto Rico se tiene que prestar una fianza no menor de quince mil dólares ($15,000) para responder del buen desempeño de las funciones de su cargo y de los daños y perjuicios que cause el notario en el ejercicio de sus funciones. *In Re Ribas Dominicci,* 131 D.P.R. 491 (1992).

La Ley Notarial de Puerto Rico provee varios mecanismos para poder cumplir con el requisito de la fianza notarial. Ésta puede ser hipotecaria o prestada por una compañía de seguros o por el Colegio de Abogados de Puerto Rico. De ser la fianza provista por el Colegio de Abogados, las primas pagadas a dicha institución pasarán a formar parte del Fondo Especial de Fianza Notarial, cuyas funciones y propósitos están regulados en el Art. 79 de la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2141.

Un notario que no cuenta con la protección que ofrece la fianza constituye un peligro no sólo para el tráfico jurídico de los bienes inmuebles sino para las personas que a diario utilizan sus servicios en Puerto Rico. Además, el no hacer gestiones para renovar la fianza notarial constituye una falta de respeto a este foro. *In re Díaz García*, 104 D.P.R. 171 (1975). Por dichas razones, el incumplimiento de la obligación de pagar las primas de la fianza notarial requiere la intervención disciplinaria de este Tribunal. *In Re Ribas Dominicci, supra.*

Asimismo, todo abogado tiene el deber y obligación de responder con diligencia a los requerimientos y órdenes de este Tribunal, particularmente cuando se trata de procedimientos sobre su conducta profesional. Anteriormente hemos señalado que procede la suspensión del ejercicio de la abogacía cuando un abogado no atiende con diligencia nuestros requerimientos y se muestra indiferente ante nuestros apercibimientos de imponerle sanciones disciplinarias. In

re: <u>Harley Rullán Castillo</u>, res. 8 de febrero de 2007, 2007 TSPR 41, <u>In re: Lloréns Sar</u>, res. 5 de febrero de 2007, 2007 TSPR 31; <u>In re: Díaz Rodríguez</u>, res. 30 de noviembre de 2005, 2005 TSPR 191; <u>In re: Vega Lassalle</u>, res. 20 de abril de 2005, 2005 TSPR 66; <u>In re: Quintero Alfaro</u>, res. 9 de febrero de 2004, 2004 TSPR 20, <u>In re: Osorio Díaz</u>, *supra*; <u>In re: Serrano Mangual</u>, 139 DPR 602 (1995); <u>In re: González Albarrán</u>, 139 DPR 543 (1995); <u>In re: Colón Torres</u>, 129 DPR 490, 494 (1991).

El licenciado Géigel Ginorio ha hecho caso omiso a nuestras órdenes al incumplir las resoluciones antes referidas. Así mismo, se ha mostrado indiferente ante nuestro apercibimiento de imponerle sanciones disciplinarias. Es muy penoso que en el caso ante nos un abogado que lleva cuarenta y cuatro años en el desempeño de la profesión tenga que ser suspendido por no cumplir con los requerimientos de este Tribunal.

En vista de lo anterior y al amparo de nuestro poder inherente de reglamentar la profesión, se suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría al licenciado Géigel Ginorio.

Se le impone al abogado querellado el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los foros judiciales y administrativos. Además, tienen la obligación de acreditar y certificar ante

este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días a partir de la notificación de esta opinión *Per Curiam* y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautar la obra y sello notarial del licenciado Géigel Ginorio y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Antonio J. Géigel Ginorio            TS-2335     Falta de pago
                                                  de Fianza Notarial

SENTENCIA

San Juan, Puerto Rico, a  de abril de 2008.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata e indefinida del ejercicio de la abogacía y la notaría del Lcdo. Antonio J. Géigel Ginorio.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días a partir de la notificación de esta Opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Así lo pronuncia y manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


                            Aida Ileana Oquendo Graulau
                            Secretaria del Tribunal Supremo